**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:91cr49**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| vs. ) | <u>**O R D E R**</u> |
| ) | |
| ) | |
| **LYNN ELLEN MORROW.** ) | |
| ) | |

**THIS MATTER** is before the Court on reassignment.

On May 7, 2007, the Hon. Richard L. Voorhees, United States District Court Judge, denied a motion filed in this criminal action by Calvin Wilson, Jr., who is not a party thereto, in which Wilson sought to have certain filings in this case unsealed. [Doc. 37]. Wilson filed two additional motions seeking to have that decision reconsidered and subsequently wrote to the Court asking about the status of the motions.[1] [Doc. 40 and 41]. Wilson then wrote a letter to Judge Voorhees [Doc. 42] inquiring as to the status of his earlier motions. It was docketed as though it were a third motion to reconsider, but the Court construes it to be and finds it to be a

---

[1]Doc. 42 is a letter to.

letter simply inquiring as to the status of the earlier motions. Those motions remained pending when the case was reassigned to the undersigned on October 23, 2008.

For the reasons stated herein the motions are hereby stricken from the record. Wilson, who is not a party to this criminal action, has styled each motion as an action brought by him against Lynn Ellen Morrow. [Doc. 40, 41]. Wilson may not file a civil action against another person within this criminal case.

**IT IS, THEREFORE, ORDERED** that the Motion for Reconsideration to Unseal Documents [Doc. 40] and the Motion for Reconsideration to Unseal Documents [Doc. 41] are hereby **STRICKEN**. No action is required concerning the letter [Doc. 42] since this Order advises Wilson of the status of the matter.

Signed: November 11, 2008

Martin Reidinger
United States District Judge